21683. LATHAM *v.* THE STATE.

BROYLES, C. J. The evidence amply authorized the verdict, and the special grounds of the motion for a new trial fail to disclose reversible error.
*Judgment affirmed. Luke and Bloodworth, JJ., concur.*
DECIDED NOVEMBER 11, 1931.

*E. S. & J. L. Griffith,* for plaintiff in error.
*S. W. Ragsdale, solicitor-general,* contra.